**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| Elyse Robinson, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-v.-<br><br>Dynamic Recovery Solutions, LLC, Cavalry SPV I, LLC and John Does 1-25,<br><br>Defendant(s). | Civil Action No. 1:20-cv-00598-CFC<br><br>**NOTICE OF SETTLEMENT AS TO DYNAMIC RECOVERY SOLUTIONS, LLC ONLY** |

Plaintiff respectfully submits this Notice of Settlement to inform the Court as follows:

1. Plaintiff and Defendant Dynamic Recovery Solutions, LLC have reached an agreement in principle and are in the process of finalizing a confidential settlement agreement.

2. Plaintiff will file a Dismissal once the terms of the settlement agreement have been completed.

3. Accordingly, the parties request excusals from any upcoming filing or appearances requirements.

4. This notice of settlement has no effect on any other Defendant in this action.

Dated: May 20, 2020

Respectfully Submitted,

**GARIBIAN LAW OFFICES, P.C.**

*/s/ Antranig Garibian*
Antranig Garibian, Esquire (Bar No. 4962)
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805
(302) 722-6885
ag@garibianlaw.com
*Attorney for Plaintiff*